SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>MICHAEL JAMES STEVENS,<br><br>Defendant. | CASE NO. 2:24-cr-00328-JAM<br><br>**STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>Court: Hon. John A. Mendez<br>Time: 9:30 a.m.<br>Date: June 3, 2025 |

    The United States of America through its undersigned counsel, Alex Cardena, Assistant United States Attorney, together with counsel for defendant MICHAEL STEVENS, Shari Rusk, Esq., hereby agree to the following:

    This matter was previously set for an admit deny hearing on April 22, 2025. The parties are close to reaching a resolution on this matter and therefore ask that the hearing be continued to **June 03, 2025, at 09:00 a.m.**, and that date is available with the Court.

Dated: April 16, 2025        /s/ Shari Rusk

                                    SHARI RUSK

          Attorney for Defendant
          MICHAEL STEVENS

/s/ Alex Cardenas
ALEX CARDENAS
Assistant United States Attorney

Cc: Vladimir Pacjin, USPO

## **ORDER**

    IT IS SO ORDERED.

Dated: April 16, 2025          /s/ John A. Mendez
                                       THE HONORABLE JOHN A. MENDEZ
                                       SENIOR UNITED STATES DISTRICT JUDGE