SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>MICHAEL JAMES STEVENS,<br><br>　　　　Defendant. | CASE NUMBER: 2:24-cr-00328-JAM<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE ADMIT/DENY HEARING**<br><br>Court: Hon. John A. Mendez<br>Time: 9:30 a.m.<br>Date: August 19, 2025 SE N |

　　The United States of America through its undersigned counsel, Alex Cardena, Assistant United States Attorney, together with counsel for defendant MICHAEL STEVENS, Shari Rusk, Esq., hereby agree to the following:

　　This matter was previously set for an admit deny hearing on June 3, 2025. The parties are working together with probation to secure drug treatment for Mr. Stevens and require additional time to find suitable placement. Therefore the parties ask that the hearing be continued to **August 19, 2025, at 09:00 a.m.**, and that date is available with the Court.

Dated: May 26, 2025　　　　　　　　　/s/ Shari Rusk

1

SHARI RUSK
Attorney for Defendant
MICHAEL STEVENS


/s/ Alex Cardenas
ALEX CARDENAS
Assistant United States Attorney

Cc: Vladimir Pacjin, USPO

## **ORDER**

IT IS SO ORDERED.

Dated: May 27, 2025          /s/ John A. Mendez
                             THE HONORABLE JOHN A. MENDEZ
                             SENIOR UNITED STATES DISTRICT JUDGE