SHARI RUSK (SBN 170313)
ATTORNEY AT LAW
916 2nd Ave.
2nd floor
Sacramento, CA. 95814
(916) 804-8656
rusklaw@att.net

Attorney for Defendant
MICHAEL STEVENS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>MICHAEL JAMES STEVENS,<br><br>　　　　Defendant. | CR.S.. 2:24-cr-00328-JAM<br><br>**STIPULATION AND ORDER TO ADVANCE ADMIT/DENY HEARING**<br><br>Court: Hon. John A. Mendez<br>Time: **9:00 a.m**.<br>Date: July 15, 2025 |

　　　The United States of America through its undersigned counsel, Alex Cardena, Assistant United States Attorney, together with counsel for defendant MICHAEL STEVENS, Shari Rusk, Esq., hereby agree to the following:

　　　At the request of Mr. Stevens, the parties would like to **advance** the **admit/deny hearing** from August 19, 2025, to **July 15, 2025, at 09:00 a.m.**, and that date is available with the court. This matter was previously set for an admit deny hearing on August 19, 2025.

　　　Dated:  June 10, 2025　　　　　　　　　/s/ Shari Rusk_____
　　　　　　　　　　　　　　　　　　　　　　SHARI RUSK
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　MICHAEL STEVENS

1

/s/ Alex Cardenas
ALEX CARDENAS
Assistant United States Attorney

Cc: Vladimir Pacjin, USPO

**ORDER**

IT IS SO ORDERED.

Dated: June 13, 2025

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE